MICHAEL MATTHEWS v. STATE OF NEW JERSEY.

March 7, 1983.

This matter having come before the Court on an appeal as of right alleging the presence of a substantial constitutional question pursuant to R. 2:2–1(a)(1), and The Court having reviewed the record and having considered the briefs and argument of the parties, and It appearing that the enactment of N.J.S.A. 5:12–

145.1 and 145.2 has provided an express disposition for the interest monies at issue in the within appeal, and That statute having rendered a resolution of the merits of the constitutional claim unnecessary; It is ORDERED that the within appeal is hereby dismissed as moot. The Court takes no position on the opinion of the Appellate Division. (See 187 *N.J.Super.* 1)